MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Francisco Alonzo Nicolas,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No.   CV-25-03777-PHX-MTL (CDB)<br><br><br>**ORDER** |

Petitioner Juan Francisco Alonzo Nicolas is represented by counsel and is detained in the San Luis Regional Detention Center. He filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and paid the filing fee. The Court will require Respondents to answer the Petition.

In his Petition, Petitioner names as Respondents United States Attorney General Pamela Bondi, Secretary of the Department of Homeland Security (DHS) Kristi Noem, Acting Director of the Executive Office for Immigration Review Sirce Owen, Immigration and Customs Enforcement Phoenix Field Office Director John Cantu, and San Luis Regional Detention Center Warden David R. Rivas. Petitioner states he is a citizen of Guatemala subject to a final order of removal.

Petitioner alleges he has been detained by DHS since February 2025. In March 2025, he filed a motion to reopen with the Board of Immigration Appeals, seeking to apply for asylum based on changed country conditions in Guatemala. The motion is still pending before the Board of Immigration Appeals.

TERMPSREF

Petitioner filed a motion for a custody determination hearing before the immigration court but withdrew the motion after the immigration judge concluded he did not have jurisdiction to consider bond. Petitioner alleges that pursuant to 8 U.S.C. § 1226(a)(6), he is entitled to a bond hearing before an immigration judge after six months of detention. Petitioner raises three grounds for relief, asserting his continued detention without a bond hearing violates the Immigration and Nationality Act; Respondents' refusal to provide a bond hearing is "an unlawful withholding of an agency action and unlawful agency action" that violates the Administrative Procedures Act; and Respondents' refusal to provide him with an individualized bond hearing violates the Due Process Clause of the Fifth Amendment. The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Petitioner's counsel must immediately serve the Petition on Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4) Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5) Petitioner may file a reply within **10 days** from the date of service of the answer.

(6) Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF."

TERMPSREF

CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(7) Petitioner may file a reply within **30 days** from the date of service of the answer.

(8) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 23rd day of October, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

TERMPSREF